No. 93–306. WILLIAMS *v.* FIRST UNION NATIONAL BANK OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 93–307. GRIST *v.* RUNYON, POSTMASTER GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 93–309. PORTER TESTING LABORATORY *v.* BOARD OF REGENTS FOR OKLAHOMA AGRICULTURE AND MECHANICAL COLLEGES ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–310. INTERNATIONAL TRAVEL ARRANGERS *v.* NWA, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–311. LONG *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 93–315. GILLETTE *v.* DELMORE ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–317. ROKKE *v.* ROKKE. Sup. Ct. Wash. Certiorari denied.

No. 93–321. PRITCHETT *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–327. MYLETT *v.* MULLICAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–328. WAGGONER *v.* WAGGONER. Sup. Ct. Ky. Certiorari denied.

No. 93–329. KIRK *v.* MID AMERICA TITLE CO. C. A. 7th Cir. Certiorari denied.

No. 93–331. GOLDFLAM ET AL. *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT OF LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–361. OUTDOOR MEDIA GROUP *v.* CALIFORNIA DEPARTMENT OF TRANSPORTATION. Ct. App. Cal., 4th App. Dist. Certiorari denied.